UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shawn Moore,

                Plaintiff(s),

v.                                          Case No. 2:21−mc−51207−NGE−EAS
                                                   Hon. Nancy G. Edmunds

AllianceOne Receivables
Management, Inc.,

                Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Elizabeth A. Stafford for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion that Initiates a Miscellaneous Case − #1


                                                    s/Nancy G. Edmunds
                                                    Nancy G. Edmunds
                                                    United States District Judge


### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                                                      s/L. Bartlett
                                                    Case Manager

Dated:   September 23, 2021