# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHAWN MOORE,

    Plaintiff,

v.

                              Civil Action No. 2:21-mc-51207-NGE-EAS

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, Movant RevSpring, Inc. and Plaintiff/Respondent Shawn Moore,[1] that this action shall be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees. The Clerk is asked to make this entry on the above docket.

DATED: December 17, 2021                    Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer K. Green* | */s/ Aaron Radbil (w/consent)* |
| Jennifer K. Green (P69019) | Aaron Radbil |
| Clark Hill PLC | Greenwald Davidson Radbil PLLC |
| 151 S. Old Woodward Ave., Ste. 200 | 401 Congress Ave., Ste. 1540 |
| Birmingham, MI 48009 | Austin, TX 78701 |
| (248) 988-2315 | (512) 803-1578 |
| jgreen@clarkhill.com | aradbil@gdrlawfirm.com |
| *Attorney for RevSpring, Inc.* | *Attorney for Plaintiff* |

---

[1] Defendant in the underlying action, AllianceOne Receivables Management, Inc., has not appeared in this action.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

I declare the above statement is true to the best of my knowledge, information and belief.

Respectfully submitted,

*/s/ Jennifer K. Green*
Jennifer K. Green (P69019)